BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 42767 ROAD 80, DINUBA, CALIFORNIA, TULARE COUNTY, APN: 013-020-041, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendant. | 1:08-CV-01452-LJO-SMS<br><br>**STIPULATION TO STAY CASE AND TO VACATE SCHEDULING CONFERENCE; ORDER THEREON** |

    IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimant Viridiana Cardenas Sanchez as follows:

    1.    Claimant Jesus Fletes is presently facing federal criminal charges in the Eastern District of California, *United States v. Jesus Fletes*, 1:08-CR-00253-LJO, allegedly relating to transactions or events which form the basis for this civil forfeiture action.

    2.    The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related criminal case and/or upon Claimant Jesus Fletes' right against self-incrimination in the related federal criminal case.

    3.    As part of his plea in the related federal criminal action, Jesus Fletes has agreed to forfeit his interest in the property subject to forfeiture in this case and has agreed to execute any

1  documents effectuating said forfeiture.

2      4.    Publication of the civil forfeiture action is complete and to date only Jesus Fletes and
3  Viridiana Cardenas Sanchez has filed a claim and answer to this action. No other potential claimants
4  have filed claims, answers, or otherwise appeared in this action and the time to do so has expired.

5      THEREFORE, the parties to this action stipulate and request as follows:

6      1.    Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the
7  federal criminal action presently pending against Jesus Fletes in the Eastern District of California;

8      2.    The Scheduling Conference in the civil case scheduled for September 13, 2010, at
9  9:15 a.m. in Courtroom 7 before Magistrate Judge Sandra M. Snyder be Vacated; and,

10     3.    The parties are to promptly notify the Court when the criminal case resolves.

11 Dated: September 7, 2010         BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ Deanna L. Martinez
                                                         DEANNA L. MARTINEZ
                                                         Assistant United States Attorney

Dated: September 3, 2010         /s/ Daniel A. Bacon
                                                          DANIEL A. BACON
                                                         Attorney for Claimant
                                                         Viridiana Cardenas Sanchez

                                                         (original signature retained by attorney)

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT the parties file a Status Report every four (4) months in this case.**

IT IS SO ORDERED.

**Dated:   September 8, 2010**          /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE