IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 08-1452 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| REAL PROPERTY LOCATED AT 42767 ROAD 80, DINUBA, CALIFORNIA, etc., | |
| Defendant. | |

Given the absence of further matters before this Court, this Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:   March 5, 2012**                    /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE